IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RASHID AWAD AL AWEDA, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1668 (GK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 10, 2005, copies of the foregoing were transmitted via Federal Express and e-mail to counsel for petitioner:

>Jeffrey D. Colman
>Jenner & Block LLP
>One IBM Plaza
>Chicago, IL 60611-7603
>Tel (312) 923-2940
>JColman@jenner.com

>  /s/ Preeya M. Noronha
>PREEYA M. NORONHA
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W.   Room 7226
>Washington, DC  20530
>Tel.:  (202) 514-3338
>Fax:  (202) 616-8202

>One of the Attorneys for Respondents