**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RASHID AWADH RASHID AL-UWAIDAH, by and through his next friend, THAMIR AL-UWAIDAH,** ) ) ) | |
| **Petitioners,** ) ) | |
| **v.** ) ) | **No. 1:05 CV 01668 (GK)** |
| **GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,** ) ) ) ) | |
| **Respondents.** ) ) | |

**ORDER**

The Court, having considered Petitioner's Motion for Leave to Modify Caption and Amend Petition for Writ of Habeas Corpus, hereby grants Petitioner's Motion.

IT IS HEREBY ORDERED that the caption is MODIFIED by substituting "Rashid Awadh Rashid Al-Uwaidah" for "Rashid Awad Al Aweda" and "Thamir Al-Uwaidah" for "Thamer Al Aweda," and

IT IS FUTHER ORDERED that Petitioner's proposed amended petition, attached to the motion as an exhibit, is hereby deemed FILED as of the date of this order.

DATED: _____, 2005

Entered:

_____