**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RASHID AWADH RASHID AL-UWAIDAH, by and through his next friend, THAMIR AL-UWAIDAH,** | ) ) ) | |
| **Petitioners,** | ) ) | |
| **v.** | ) ) | **No. 1:05 CV 01668 (GK)** |
| **GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,** | ) ) ) ) | |
| **Respondents.** | ) ) | |

## [DRAFT] PRESERVATION ORDER

Having considered Petitioner's Motion for Preservation Order and any response and reply thereto, the Court determines that Petitioner has demonstrated that an order should be issued requiring Respondents to preserve and maintain the information Petitioner seeks. Accordingly, the Motion is GRANTED. Respondents shall preserve and maintain all evidence, documents, and information regarding the Petitioner now being held in military custody at Guantánamo Bay as well as all evidence, documents, and information relating to any other detainees related to or involved in Petitioner's case. IT IS SO ORDERED.

Dated:_____, 2005

_____
United States District Judge