# Exhibit A

- Iraq detainee abus...                                                                 Page 1

b6 -1
b7C -1

**URGENT REPORT**

DATE: JUNE 25, 2004

TO: THE DIRECTOR

CC: Deputy Director Bruce J. Gebhardt
    EAD Cassandra Chandler
    EAD John Pistole
    AD Grant Ashley
    AD Gary Bald
    SC Arthur Cummings

b6 -1    UC
b7C -1   SSA
         CT Watch
         SIOC

FROM: SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT: ASAC David A. Picard     b2 -1
                                  (Main Office)
                                                          b2 -1
PREPARER OF URGENT REPORT: SSA                            b6 -1
                                                          b7C -1

b7A -1  PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b6 -3   AN INDIVIDUAL
b7C -3  [            ] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7D -1  IN [     ] IRAQ DURING THE PERIOD OF [         ] IT IS BEING
        FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
        PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
        TO THE DIRECTOR.

b7A -1  SUBJECT: PRELIMINARY STATEMENTS MADE BY
b6 -1,3                      TO SACRAMENTO SPECIAL AGENTS
b7C -1,3 AND
b7D -1

DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

[                    ] was advised that the Sacramento Field Office
was not aware of any such report.

DETAINEES-1609

1609
4910

▬▬▬ Iraqi detainee abuses ▬▬▬ Page 2

b6 -1
b7C -1

## URGENT REPORT

▬▬▬ came into the Sacramento Field Office and provided the following:

▬▬▬

observed numerous physical abuse incidents of Iraqi civilian detainees conducted in ▬▬▬ Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations. ▬▬▬

▬▬▬ was providing this information to the FBI based on his knowledge that ▬▬▬ were engaged in a cover-up of these abuses. He stated these cover-up efforts included ▬▬▬

▬▬▬

▬▬▬ advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3
b7C -3
b7D -1

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911



Iraqi detainee abuses

b6 -1
b7C -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

b7A -1
b6 -3
b7C -3
b7D -1

Page 3

DETAINEES-1611

1611

4912