IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RASHID AWADH RASHID AL-UWAIDAH, by and through his next friend, THAMIR AL-UWAIDAH,**<br><br>**Petitioners,**<br><br>v.<br><br>**GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,**<br><br>**Respondents.** | No. 1:05 CV 01668 (GK) |

## [DRAFT] ORDER

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals, Petitioner's Limited Opposition to Respondents' Motion, and any reply, the Court hereby

ORDERS that the Motion is GRANTED IN PART AND DENIED IN PART; these proceedings are stayed pending the decision of the Court of Appeals for the District of Columbia in *In re Guantánamo Bay Detainees Cases*, 355 F. Supp. 2d 443 (D.D.C. 2005), and *Khalid v. Bush*, *Boumediene v. Bush*, 335 F. Supp. 2d 311 (D.D.C. 2005), provided that this stay shall not prevent Petitioner from seeking emergency relief from the Court in appropriate circumstances, such as when Petitioner has reason to believe that he is facing the possibility of continued detention at the request of the United States in a location that does not provide access to this Court, or when issues arise relating to counsel's access to Petitioner or the designation of documents or information as classified; and it is further

ORDERED that, as a condition of the stay of proceedings, Respondents shall:

(a)     File and serve a factual return within 30 days;

(b) Preserve all evidence, documents, and information pertaining to Petitioner and any other detainee relating to Petitioner's case; and

(c) Provide the Court and counsel for Petitioner with at least 30 days' advance notice in writing of any transfer of Petitioner from Guantánamo Bay, Cuba; this requirement shall be binding on Respondents and their respective employees, agents, and attorneys and on other personnel having notice of this Order.

Paragraphs (b) and (c) above shall remain in effect until the Petition for Writ of *Habeas Corpus* in adjudicated on the merits.

IT IS FURTHER ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004; the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004; and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, shall apply in this case.  It is

FURTHER ORDERED that Petitioners' counsel shall treat information designated by Respondents as "protected" under the Amended Protective Order as "protected information" under the Amended Protective Order pending further order of this Court.

Dated:_____, 2005

 _____
 United States District Judge