IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RASHID AWADH RASHID AL-UWAIDAH**, by and through his next friend, **THAMIR AL-UWAIDAH**, <br><br> Petitioners, <br><br> v. <br><br> **GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD**, and **ARMY COL. MIKE BUMGARNER**, <br><br> Respondents. | No. 1:05 CV 01668 (GK) |

**PETITIONER'S REPLY IN SUPPORT
OF MOTION FOR AN ORDER TO SHOW CAUSE**

Petitioner Rashid Awadh Rashid Al-Uwaidah respectfully seeks an order requiring Respondents to file and serve a factual return within 30 days or on a date certain within a reasonable time after the order's entry. As set forth in Petitioner's motion and memorandum in support, nine Judges of this District, including Your Honor, have already ordered the same relief in 27 cases involving Guantánamo detainees. See Petr. Br. at 1-2; *Ahmed v. Bush*, No. 05-1678 (GK) (Dec. 7, 2005).

Respondents have filed a motion to stay this case pending the resolution of certain legal issues by the Court of Appeals for the District of Columbia. Petitioner has already indicated that he is amenable to this stay, and seeks only to preserve the status quo and to obtain the factual return that Respondents should already have provided to Petitioner's counsel. In *Ahmed, Al-Adahi v. Bush*, No. 05-280 (Apr. 29, 2005), *Al Joudi v. Bush,* No. 05-301 (Apr. 29, 2005), and *Alhami v. Bush*, 05-359 (June 9, 2005), Your Honor ordered factual returns and granted Respondents' motion for a stay. In those cases, Respondents made the same arguments against

factual returns that they re-assert now.[1]  Because this Court correctly rejected Respondents' arguments then, Petitioner will not burden the Court by re-hashing them again now, but will briefly address Respondents' renewed arguments.[2]

First, Respondents renew their argument that a factual return during a stay is wasteful because they may ultimately be unnecessary.  Resp. Br. at 6.  Your Honor has already rejected this argument.  In *Al-Adahi, Al Joudi,* and *Alhami*, Your Honor granted Respondents a stay and ordered factual returns "to ensure that these proceedings continue in a prompt and orderly fashion after the Court of Appeals rules."  Moreover, in discussing judicial efficiency, Respondents ignore Petitioner's situation and Petitioner's rights.  Petitioner has been held virtually incommunicado for approximately four years and has yet to meet with his counsel.  Such a long period of isolation itself presents a formidable obstacle to establishing a rapport with counsel.  Additional delays and obstacles would worsen an already bad situation.  As Judge Kennedy held in *Al-Mohammed v. Bush*, No. 05-00247 (Apr. 30, 2005), where he granted a stay and ordered factual returns, counsel for petitioners "must have access to [factual returns] in order to develop a meaningful understanding" of the basic facts and to "prepare for consultation with their clients."

Second, Respondents renew their argument that a factual return during a stay is burdensome and that they should have 90 to 120 days to produce the factual return in this case.

---

[1] For example, compare Respondents' arguments that providing factual returns during a stay is unnecessary and burdensome in their opposition brief in this matter at pp. 6-7, with Respondents' argument on the same issues in their Motion to Stay Proceedings in, among others, *Al-Adahi* and *Al-Joudi* at pp. 11-12, filed on March 11, 2005.  In *Alhami*, Respondents incorporated by reference their oppositions in *Al-Adahi* and *Al-Joudi*.

[2] Although counsel for Petitioner believe that Respondents' opposition is untimely, we expect that the Court will rule on the merits.

2

In *Ahmed, Al-Adahi, Al Joudi,* and *Alhami*, Your Honor gave Respondents 90 days to produce factual returns. In *Al-Mohammed v. Bush,* No. 05-00247 (Apr. 30, 2005), Judge Kennedy granted a stay and ordered factual returns within 45 days. Judge Richard Roberts granted Respondents' motions for stay but ordered factual returns within 30 days after entry of the relevant protective orders in *Ahmed v. Bush*, No. 05-665, 2005 U.S. DIST. LEXIS 14024, at *5 (D.D.C. July 8, 2005), *Adem v. Bush*, No. 05-723 (June 6, 2005), *Al Daini v. Bush*, No. 05-634 (June 6, 2005), *El-Banna v. Bush*, No. 05-1144 (Apr. 8, 2005), *Abdullah v. Bush*, No. 05-23 (Apr. 8, 2005), and *Al Rashaidan v. Bush*, No. 05-586 (Apr. 8, 2005). Despite having only 30 days to comply in those cases, Respondents were able to provide factual returns. Indeed, in *Abdullah,* Respondents submitted factual returns within a week of the order. Petitioner respectfully requests that this Court give Respondents 30 days to produce the factual return in this case.

As discussed in Petitioner's opening memorandum, Respondents have had years to evaluate Petitioner's "enemy combatant" status, have already concluded the status hearings, have had numerous occasions to interrogate Petitioner, and are well aware of the factual bases that allegedly support his continued imprisonment. Petr. Br. at 5-6. Moreover, considering that Petitioner's habeas claims were filed on August 22, 2005, and Petitioner's counsel originally broached the subject of Respondents' providing a factual return as a condition to the stay on November 8, 2005, Respondents already had ample time to prepare the factual return. The additional 90 to 120 days that Respondents request is not reasonable.

## CONCLUSION

For the reasons underlying this Court's prior decisions in *Ahmed, Al-Adahi, Al Joudi,* and *Alhami*, and for the reasons set forth above and in Petitioner's Motion and Memorandum in

Support, Petitioner Rashid Awadh Rashid Al-Uwaidah respectfully requests that this Court issue an order to show cause, returnable by Respondents within 30 days or on a date certain within a reasonable time after issuance of the order.

Respectfully submitted,

| | |
|---|---|
| ___/s/ Daniel Mach_____ <br> One of the Attorneys for Petitioner | Dated:  December 9, 2005 |
| Thomas P. Sullivan <br> Jeffrey D. Colman <br> David J. Bradford <br> Patricia A. Bronte <br> Wade A. Thomson <br> Maya D. Nath <br> JENNER & BLOCK LLP <br> One IBM Plaza <br> Chicago, IL  60611 <br> Tel: (312) 923-9350 <br> Fax: (312) 527-0484 | Daniel Mach (Admitted in D.D.C.) <br> JENNER & BLOCK LLP <br> 601 Thirteenth Street, N.W., Suite 1200 <br> Washington, D.C.  20005-3823 <br> Tel: (202) 639-6000 <br> Fax: (202) 639-6066 |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

CHICAGO_1345381_1

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of Petitioner's Reply in Support of Motion for an Order to Show Cause was served upon the following person by e-mail and First Class U.S. Mail on the 9th day of December, 2005:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC  20530
> email: preeya.noronha@usdoj.gov

                                              _____/s/ Daniel Mach_____
                                                   Daniel Mach