IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HASSAN BIN ATTASH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1592 (RCL) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| ABDUL RAHEEM GHULAM<br>RABBANI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1607 (RMU) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| MOHAMMAD AKHTIAR, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1635 (PLF) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| ABDULAZIZ ABDULRAHMAN<br>    AL-BADAH, *et al.*, )<br><br>        Petitioners, )<br><br>    v. )<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, )<br><br>        Respondents. ) | Civil Action No. 05-CV-1641 (CKK) |
| HUSSAIN SALEM MOHAMMED<br>    ALMERFEDI, *et al.*, )<br><br>        Petitioners, )<br><br>    v. )<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, )<br><br>        Respondents. ) | Civil Action No. 05-CV-1645 (PLF) |
| WALEED SAEED BN SAEED<br>    ZAID, *et al.*, )<br><br>        Petitioners, )<br><br>    v. )<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, )<br><br>        Respondents. ) | Civil Action No. 05-CV-1646 (JDB) |

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1666 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| ABDALHADI M. AL-SOPAI, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1667 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| RASHID AWADH RASHID AL-UWAIDAH, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-1668 (GK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |

- 3 -

| | | |
|---|---|---|
| FAHAD SALEH ALGATELE, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-1669 (TFH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |
| YOUSIF ABDULLAH AL-RUBAISH, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-1714 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |
| AYOUB HAJI MAMET, *et al.*, | ) | |
| Petitioners, | ) | |
| v. | ) | Civil Action No. 05-CV-1886 (EGS) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| Respondents. | ) | |

| | | |
|---|---|---|
| FAWAZ NAMAN HAMOUD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1894 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| MOHAMMED AL-QAHTANI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1971 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| KHALED ABD ELGABAR MOHAMMED OTHMAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2088 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

| | |
|---|---|
| ABDU AL-QADER HUSSAIN AL-MUDAFARI, *et al.*, ) ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | Civil Action No. 05-CV-2185 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.*, ) ) ) ) | |
| Respondents. ) ) | |
| HAYAL AZIZ AHMED AL-MITHALI, *et al.*, ) ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | Civil Action No. 05-CV-2186 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, ) ) ) ) | |
| Respondents. ) ) | |
| MOHAMMED AHMED ALI AL-ASADI, *et al.*, ) ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | Civil Action No. 05-CV-2197 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, ) ) ) ) | |
| Respondents. ) ) | |

|  |  |  |
|---|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2199 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| ABDULAQADER HOSSIN ALI AL-MOTHAFRI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2200 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| MOHAMMED BIN JAIED BIN ALADI AL MOHADDED AL SUBAIE, *et al.*, | ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2216 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

- 7 -

|  |  |  |
|---|---|---|
| FAHD ABDULLAH AHMED GHAZY, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2223 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| SALEH ZAID AL KHATEMI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2248 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMED ABUDUL RAHMAN AL-SHIMRANI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2249 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |
|---|---|
| FAHAD NASSER MOHAMMED AL SULTAN ALGAHTANI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States, *et al.*,<br><br>Respondents. | Civil Action No. 05-CV-2265 (RWR) |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: December 9, 2005                    Respectfully submitted,

                                                    PETER D. KEISLER
                                                  Assistant Attorney General

                                                  KENNETH L. WAINSTEIN
                                                  United States Attorney

                                                  DOUGLAS N. LETTER
                                                  Terrorism Litigation Counsel

                                                    /s/ Terry M. Henry
                                                  JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                  VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                  TERRY M. HENRY
                                                  JAMES J. SCHWARTZ
                                                  PREEYA M. NORONHA
                                                  ROBERT J. KATERBERG
                                                  NICHOLAS J. PATTERSON
                                                  ANDREW I. WARDEN
                                                  EDWARD H. WHITE
                                                  Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents