**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**RASHID AWAD Al AWEDA**,      )
    <u>et al.</u>,                    )
                              )
    Petitioners,           )
                              )
v.                             )
                              )   **Civil Action No. 05-1668 (GK)**
**GEORGE W. BUSH**, <u>et al.</u>,   )
                              )
    Respondents.           )
_____)

**<u>O R D E R</u>**

Petitioner is a detainee at the United States Naval Base at Guantanamo Bay, Cuba, and has filed a Petition for Writ of Habeas Corpus with this Court. This matter is before the Court on Respondents' Motion to Stay, [**#3**], and Petitioners' Motion for Order to Show Cause, [**#7**]. Upon consideration of the Motions, Oppositions, and Replies, and the entire record herein, the Court concludes that Respondents' Motion to Stay should be **granted**, and Petitioners' Motion for Order to Show Cause should be **granted**.

To ensure that these proceedings continue in a prompt and orderly fashion after the Court of Appeals rules in <u>In re Guantanamo Detainee Cases</u>, 355 F. Supp. 2d 443 (D.D.C. 2005) and <u>Khalid v. Bush</u>, 355 F. Supp. 2d 311 (D.D.C. 2005), it is hereby

**ORDERED** that Petitioners' Motion for Order to Show Cause, [**#7**], is **granted** and Respondents shall, within 90 days of the entry of this Order, or earlier, provide factual returns to Petitioners' counsel supporting the detention of their clients; it is further

**ORDERED** that the Amended Protective Order and Procedures for

Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004, Amended Protective Order, issued on December 13, 2004, in In re Guantanamo Bay Detainee Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green shall apply in this case; and it is further

**ORDERED** that Respondents' Motion to Stay, [**#3**], is **granted** pending resolution of all appeals in In re Guantanamo Bay Detainee Cases, 355 F. Supp. 2d 443 (D.D.C. 2005) and Khalid v. Bush, 355 F. Supp. 2d 311 (D.D.C. 2005).  This stay shall not prevent the parties from filing any motion for emergency relief.


Date: December 22, 2005          /s/
                                 _____
                                 GLADYS KESSLER
                                 United States District Judge



**Copies to**:  Attorneys of record via ECF