UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
RASHID AWAD Al AWEDA, et al.,    )
                                 )
        Petitioners,             )
                                 )
    v.                           )
                                 )    Civil Action No. 05-1668 (GK)
GEORGE W. BUSH, et al.,          )
                                 )
        Respondents.             )
_____)

**O R D E R**

This matter is before the Court on Petitioners' Motion for Preservation Order, [**#5**], which seeks to preserve and maintain all evidence, documents, and information regarding the grounds for detention, torture, mistreatment, and abuse of Petitioner. On March 7, 2005, the Court entered such a preservation order in Al-Marri v. Bush, No. 04-CV-2035, finding that it would inflict no harm or prejudice upon Respondents.

Accordingly, it is hereby

**ORDERED** that Petitioners' Motion for Preservation Order, [**#5**], is **granted**; it is further

**ORDERED** that Respondents shall preserve and maintain all evidence, documents, and information regarding the grounds for detention, torture, mistreatment, and abuse of Petitioner.

Date: December 22, 2005             _____/s/_____
                                    GLADYS KESSLER
                                    United States District Judge


**Copies to:** Attorneys of record via ECF