**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
RASHID AWAD Al AWEDA, et al.,  )
                               )
         Petitioners,          )
                               )
    v.                         )
                               )   Civil Action No. 05-1668 (GK)
GEORGE W. BUSH, et al.,        )
                               )
         Respondents.          )
_____)
```

**O R D E R**

This matter is before the Court on Petitioners' Motion for 30 Days' Notice of Transfer, [**#10**].  On April 4, 2005, the Court entered such an order in Al-Marri v. Bush, No. 04-cv-2035, and Al-Joudi v. Bush, No. 05-cv-301, requiring Respondents to provide Petitioners' counsel and the Court with 30 days' notice prior to transporting or removing Petitioners from the United States Naval Base at Guantanamo Bay, Cuba.

Based on the reasoning set forth in the Al-Marri and Al-Joudi Memorandum Opinions and Orders, it is hereby

**ORDERED** that Petitioners' Motion for 30 Days' Notice of Transfer, [**#10**], is **granted**; it is further

**ORDERED** that the Government shall provide Petitioners' counsel and the Court with 30 days' notice prior to transporting or removing Petitioner from the United States Naval Base at Guantanamo Bay, Cuba; and it is further

**ORDERED** that this Order shall remain in effect until the final resolution of Petitioners' habeas claim unless otherwise modified or dissolved.

Date: December 22, 2005                    _____/s/_____
                                           GLADYS KESSLER
                                           United States District Judge



**Copies to**:  Attorneys of record via ECF