## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZIYAD BIN SALIH BIN MUHAMMAD AL-BAHOOTH, by and through his next friend, SALIH MUHAMMAD AL-BAHOOTH,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01666 (ESH) |
| ABDUL-HADI MUHAMMAD AL-SIBA'I, by and through his next friend, ABDULLAH MUHAMMAD AL-SIBA'I,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01667 (RBW) |
| RASHID AWADH RASHID AL-UWAIDAH, by and through his next friend, THAMIR AL-UWAIDAH,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, DONALD RUMSFELD, ARMY BRIG. GEN. JAY HOOD, and ARMY COL. MIKE BUMGARNER,<br><br>Respondents. | No. 1:05 CV 01668 (GK) |

| | |
|---|---|
| **FAHAD SALEH ALGATELE et al.,** | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| **GEORGE W. BUSH, President of the United States, et al.,** | )   No.  05 CV 01669 (TFH) |
| | ) |
| Respondents. | ) |

# ATTORNEY APPEARANCE

Undersigned counsel, David W. DeBruin, hereby enters his appearance as one of the counsel for Petitioners in the above-captioned cases.

Respectfully submitted,

| | |
|---|---|
| ___/s/ David W. DeBruin_____ | Dated:  January 24, 2006 |
| One of the Attorneys for Petitioner | |
| | |
| Thomas P. Sullivan | David W. DeBruin (DDC Bar No. 337626) |
| Jeffrey D. Colman | Daniel Mach |
| David J. Bradford | JENNER & BLOCK LLP |
| Patricia A. Bronte | 601 Thirteenth Street, N.W., Suite 1200 |
| Wade A. Thomson | Washington, D.C.  20005-3823 |
| Maya D. Nath | Tel: (202) 639-6000 |
| JENNER & BLOCK LLP | Fax: (202) 639-6066 |
| One IBM Plaza | |
| Chicago, IL  60611 | |
| Tel: (312) 923-9350 | |
| Fax: (312) 527-0484 | |

*Of Counsel*
Barbara Olshansky (BO3635)
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Attorney Appearance of David W. DeBruin was served upon the following person by e-mail and ECF on the 24th day of January, 2006:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, DC  20530
> email: preeya.noronha@usdoj.gov

                                                ___/s/ David W. DeBruin_____