IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RASHID AWADH RASHID<br>AL-UWAIDAH, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-1668 (GK) |

**(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Production of Factual Return, it is hereby

ORDERED that Respondents' Motion is GRANTED. Respondents' obligation to produce a factual return is stayed pending resolution of the effect of the Detainee Treatment Act of 2005 on this case.

IT IS SO ORDERED.


Dated: _____            _____
                                                                    United States District Judge