IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RASHID AWADH RASHID AL-UWAIDAH, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action No. 05-1668 (GK) |

### NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated December 28, 2005,[1] granting petitioners' motion for a preliminary injunction and prohibiting respondents from transporting or removing petitioner from Guantanamo Bay Naval Base without providing petitioners' counsel and the Court with 30 days' notice (dkt. no. 22).

Dated: February 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

---

[1] Although the Order being appealed was captioned as "Rashid Awad Al Aweda, et al. v. George W. Bush, et al.," respondents list petitioner as "Rashid Awadh Rashid Al-Uwaidah" in the caption of the instant Notice of Appeal because the district court entered a minute order on November 11, 2005 granting Petitioners' Motion for Leave to Modify Caption and Amend Petition for Writ of Habeas Corpus (dkt. no. 4) which, inter alia, modified the caption by substituting "Rashid Awadh Rashid Al-Uwaidah" for "Rashid Awad Al Aweda."

RECEIVED
FEB 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Nicholas J. Patterson*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4523
Fax:  (202) 616-8470

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2006, I caused the foregoing Notice of Appeal to be served on the counsel listed below by electronic mail:

>David W. DeBruin
>JENNER & BLOCK, LLP
>601 13th Street, NW
>Washington, DC 20005
>ddebruin@jenner.com

>David J. Bradford
>Patricia A. Bronte
>Jeffrey D. Colman
>Thomas P. Sullivan
>JENNER & BLOCK, LLP
>One IBM Plaza
>41st Floor
>Chicago, IL 60611
>djbradford@jenner.com
>pbronte@jenner.com
>jcolman@jenner.com
>tsullivan@jenner.com

*Nicholas J. Patterson*