**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RASHID AWADH RASHID AL-UWAIDAH, *et al.*, ) ) ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, *et al.*, ) ) Respondents. ) ) | Civil Action No. 05-CV-1668 (GK) |

### NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION

Respondents hereby provide notice that petitioner Rashid Awadh Rashid Al-Uwaidah has been transferred to the Government of the Kingdom of Saudi Arabia and released from United States custody.

In accordance with the Stipulation and Order filed with the Court on May 5, 2006, the parties agreed that, pursuant to the protective orders entered by the Court's Order of December 28, 2005 (dkt no. 20), Respondents' Notice Pursuant To The Court's December 28, 2006 Order, as well as the Stipulation and Order, shall be designated as "Protected Information" pending the publicly filed notice by respondents that the transfer of petitioner to the Kingdom of Saudi Arabia has been completed. Accordingly, the transfer having taken place, the parties hereby withdraw their request to have the notice and stipulation treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents will file on the public record a copy of their Notice Pursuant To The Court's December 28, 2006 Order (filed on April 26, 2006), as well as the Stipulation and Order (filed on May 5, 2006), each of which was previously filed

| | |
|---|---|
| Dated: May 23, 2006 | Respectfully submitted,<br><br>PETER D. KEISLER<br>Assistant Attorney General<br><br>DOUGLAS N. LETTER<br>Terrorism Litigation Counsel<br><br>  /*s*/ Andrew I. Warden  <br>JOSEPH H. HUNT (D.C. Bar No. 431134)<br>VINCENT M. GARVEY (D.C. Bar No. 127191)<br>TERRY M. HENRY<br>JAMES J. SCHWARTZ<br>PREEYA M. NORONHA<br>ROBERT J. KATERBERG<br>ANDREW I. WARDEN (IN Bar. No. 23840-49)<br>NICHOLAS J. PATTERSON<br>MARC A. PEREZ<br>EDWARD H. WHITE<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, DC  20530<br>Tel:  (202) 514-4107<br>Fax:  (202) 616-8470<br><br>Attorneys for Respondents |

---

under seal.  To the extent the Court's May 9, 2006 Order (dkt. not. 36) was filed under seal because it contained the protected information originating in the April 26, 2006 notice and the May 5, 2006 stipulation, the parties have no objection to the Court unsealing the May 9, 2006 Order.