IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RASHID AWADH RASHID )
AL-UWAIDAH, *et al.*, )
 )
    Petitioners, )
 )
v. ) Civil Action No. 05-CV-1668 (GK)
 )
GEORGE W. BUSH, )
President of the United States, *et al.*, )
 )
    Respondents. )

## STIPULATION AND ORDER

WHEREAS, pursuant to the Court's December 28, 2005 Order (dkt. no. 22), respondents provided notice to the Court and petitioner's counsel that in no sooner than thirty days respondents intend to release petitioner Rashid Awadh Rashid Al-Uwaidah from the custody of the United States and repatriate him to the Kingdom of Saudi Arabia; see Respondents' Notice Pursuant To The Court's December 28, 2005 Order (filed on April 26, 2006);

WHEREAS, petitioner's counsel have consented to the transfer of petitioner Rashid Awadh Rashid Al-Uwaidah from the custody of the United States to the control of the Kingdom of Saudi Arabia, as described in Respondents' Notice Pursuant To The Court's December 28, 2005 Order, in fewer than thirty days and have waived the requirement in the Court's December 28, 2005 Order that respondents provide petitioners' counsel with thirty days' advance notice prior to transporting or removing petitioner Rashid Awadh Rashid Al-Uwaidah from the United

States Naval Base at Guantanamo Bay, Cuba; and,

WHEREAS, respondents' position is that the fact of the impending transfer of petitioner should be accorded the status of "protected information" under the protective orders entered by the Court's Order of December 28, 2005 (dkt no. 20) because public disclosure concerning a planned transfer or repatriation could complicate sensitive diplomatic dialogue necessary to carry out the transfer and present security concerns;

WHEREAS, the parties have agreed that, pursuant to the protective orders entered by the Court's Order of December 28, 2005 (dkt no. 20), Respondents' Notice Pursuant To The Court's December 28, 2005 Order, as well as this Stipulation and Order, shall be designated as "Protected Information" pending the publicly filed notice by respondents that the transfer of petitioner to the Kingdom of Saudi Arabia has been completed;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through undersigned counsel, that:

1. The requirement in the Court's December 28, 2005 Order (dkt. no. 22) that respondents provide thirty days' notice to the Court and petitioner's counsel prior to transferring petitioner from Guantanamo Bay is lifted such that respondents may carry out the transfer contemplated in Respondents' Notice Pursuant To The Court's December 28, 2005 Order (filed on April 26, 2006) at the earliest practicable date; and

2. Respondents' Notice Pursuant To The Court's December 28, 2005 Order (dkt. no. 22) and this Stipulation and Order shall be designated and handled as "Protected Information" pending the public notice by respondents that the transfer of petitioner to the Kingdom of Saudi Arabia has been completed.

Dated: May 4, 2006

By: _____
Jeff Colman
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603
Tel: (312) 923-2940

Attorney for Petitioner

_____
Terry M. Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Rm. 7212
Washington, DC 20530
Tel: (202) 514-4107

Attorney for Respondents

SO ORDERED this 4th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE