UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RASHID AWADH RASHID AL-UWAIDAH,** <u>et</u> <u>al.</u> | : <br> : <br> : |
| **Plaintiff,** | : <br> : |
| v. | :    **Civil Action No. 05-1668** <br> : |
| **GEORGE W. BUSH**, <u>et</u> <u>al.</u> | : <br> : |
| **Defendant.** | : |

### ORDER TO SHOW CAUSE

On May 23, 2006, Respondents filed a Notice of Transfer of Petitioner and Withdrawal of Request For Designation of Certain Information As Protected Information, [#37]. Respondents indicated that "Rashid Awadh Rashid Al-Uwaidah has been transferred to the Government of the Kingdom of Saudi Arabia and released from United States custody." Given this representation, it is hereby

**ORDERED** that Petitioners' counsel show cause by **June 10, 2006,** why this case should not be dismissed.

May 24, 2006

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys of record via ECF**