# EXHIBIT A

CHICAGO_1412603_2

## DECLARATION OF DAVID J. BRADFORD

I, David J. Bradford, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and a partner in the Chicago office of Jenner & Block LLP. I am one of the attorneys for the petitioner, Rashid Awadh Rashid Al-Uwaidah, in *Al-Uwaidah v. Bush,* 1:05 CV 01668 (GK).

2. On or about June 7, 2006, I spoke Al-Uwaidah's family. Mr. Al-Uwaidah's family informed me that Mr. Al-Uwaidah is currently detained by the Saudi government.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　David J. Bradford

Dated: June 12, 2006

CHICAGO_1412603_2