**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RASHID AWAD AL AWEDA,** *et al.*, | : | |
| | : | |
| **Petitioners,** | : | |
| | : | |
| v. | : | **Civil Action No. 05-1668 (GK)** |
| | : | |
| **GEORGE BUSH,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

**ORDER #2**

**CASE MANAGEMENT ORDER #2**

On December 16, 2008, Judge Hogan issued a second Case Management Order disposing

of the Government's Motion for Clarification and Reconsideration of this Court's November 6, 2008

Case Management Order and Supplemental Amended Orders or, in the Alternative, Motion for

Certification for Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Certain Obligations Pending

Resolution of the Motion and any Appeal (docket # 1004, 08-mc-442).[1]  In that Order, Judge Hogan

recognized that any future amendments to his first Case Management Order would be directed to the

individual Merits Judges.  In recognition of that fact, and in order to clarify the status of this Court's

Case Management Orders, it is hereby

**ORDERED**, that this Court adopts Judge Hogan's amendment to § I.C of his original Order;

and it is further

**ORDERED**, that this Court adopts Judge Hogan's amendment to § I.G of his original Order;

and it is further

---

[1] The Court has read and fully considered all the briefing submitted to Judge Hogan relating to the Government's Motion.

**ORDERED**, that all other provisions of this Court's Case Management Order #1 remain in effect; and it is further

**ORDERED**, that all references to "days" in orders are to be computed pursuant to Rule 6 of the Federal Rules of Civil Procedure.[2]

December 29, 2008                                    /s/

                                                    Gladys Kessler
                                                    United States District Judge

Copies to:  Attorneys of Record via ECF

---

[2] This provision is included only because some counsel have voiced their concerns about the applicability of Rule 6.